Todd Blanche
Acting Attorney General of the United States
Caitlin Baunsgard
Benjamin Seal
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 0 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR FRANK CARDENAS (a/k/a "Porkchop"), and <br> TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), <br><br> Defendants. | 1:26-CR-2035-SAB <br><br> INDICTMENT <br><br> Vio.: 21 U.S.C. § 846, <br> Conspiracy to Commit a <br> Controlled Substance <br> Offense <br> (Counts 1-3) <br><br> 21 U.S.C. § 853 <br> Forfeiture Allegation |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by on or about July 2023, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendant, ARTHUR FRANK CARDENAS (a/k/a "Porkchop"), and other individuals, both known and unknown to the Grand Jury, to include Travis Michael

INDICTMENT - 1

McGuire (a/k/a "Slim"), Brian Lee Sellers, Felipe Feliciano Ramirez (a/k/a "Casper"), Julio Cesear Delgadillo (a/k/a "Hula"), and Griffin Stanton Lewis (a/k/a "Grib"), did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: unlawful use of a communication facility, to wit the United States Mails an the United Parcel Service, to facilitate the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), all in violation of 21 U.S.C. § 846.

## COUNT 2

Beginning on a date unknown, but by on or about July 2023, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendants, ARTHUR FRANK CARDENAS (a/k/a "Porkchop") and TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), and other individuals, both known and unknown to the Grand Jury, to include Matthew Low and Tonya Roybal, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

## COUNT 3

Beginning on a date unknown, but by on or about July 2023, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the

INDICTMENT - 2

Defendants, ARTHUR FRANK CARDENAS (a/k/a "Porkchop") and TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), and other individuals, both known and unknown to the Grand Jury, to include Julio Cesear Delgadillo (a/k/a "Hula") and Brian Sellers, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## SERIOUS DRUG FELONY

### Travis Michael McGuire (a/k/a "Slim")

Before Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:08-CR-00176-LRS, having served a term of imprisonment for that offense exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

### Arthur Frank Cardenas (a/k/a "Porkchop")

Before Defendant, ARTHUR FRANK CARDENAS (a/k/a "Porkchop"), committed the above offense(s), he had a final conviction for a serious drug felony, as

INDICTMENT - 3

defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:14-CR-00087-WFN-1, having served a term of imprisonment for that offense exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, ARTHUR FRANK CARDENAS (a/k/a "Porkchop") and TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

INDICTMENT - 4

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 20 day of May 2026.

A TRUE BILL.

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Caitlin Baunsgard
Assistant United States Attorney

Benjamin Seal
Assistant United States Attorney

INDICTMENT - 5